UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
01-CV-2278(JMR/RLE)

Michael Sauer )
)
v. ) ORDER TO SHOW CAUSE
)
Potlatch Corporation )

The Court reviews this matter sua sponte. On November 21, 2001, plaintiff filed a complaint in Hubbard County District Court seeking unspecified damages. On December 11, 2001, defendant filed a petition for removal to this Court, alleging diversity jurisdiction pursuant to 28 U.S.C. § 1332.

The petition for removal asserts that the parties are citizens of different states, and that "there is a substantial likelihood that the amount in controversy in this matter may exceed 75,000." This Court has jurisdiction "where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different states." 28 U.S.C. § 1332. Based on the foregoing, the Court enters the following:

ORDER TO SHOW CAUSE directed to both parties to advise this Court on or before January 25, 2001, whether the requirements of 28 U.S.C. § 1332 are satisfied.

Dated: December 22nd, 2001

JAMES M. ROSENBAUM
United States District Judge

FILED
RICHARD D. SLETTEN, CLERK
DEC 27 2001
JUDGEMENT ENTERED ________
DEPUTY CLERK'S INITIALS ________