UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Michael Sauer,

Plaintiff,

v.

Potlatch Corporation,
a Delaware company,

Defendant.

Civil File No.

**STIPULATION TO REMAND AND ORDER**

## ORDER

Based on this Stipulation of the parties and on all the files, records, and pleadings in the above-captioned matter,

**IT IS HEREBY ORDERED THAT,** due to the fact that Plaintiff through his attorney, John A. Klassen, has stipulated that the amount in controversy in the above-captioned matter does not exceed the sum or value of $75,000, and that Plaintiff will not seek relief in excess of the sum or value of $75,000, including attorneys' fees, any other monetary relief authorized by law, or any other monetary relief in any form or fashion, but exclusive of interest and costs, it now appears that there is a lack of federal jurisdiction and, therefore, the above-captioned matter is hereby remanded from the United States District Court for the District of Minnesota, to Hubbard County District Court, Ninth Judicial District, State of Minnesota.

Dated: January 8, 2002

United States District Court Judge

FILED
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED ________
DEPUTY CLERK'S INITIALS ________